AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

a Black Motorola i205 Phone,
featuring the Direct Connect/Two-Way Radio
function, Model #: H62XAH6RR1AN,
FCCID #: AZ489FT5822, SN# 364YEG3HRL ("Subject Phone B")

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 05-0511M-01

FILED SEP 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Further described below)

I   Bridget C. Thomas, Special Agent   being duly sworn depose and say:

I am a(n) Special Agent Bridget C. Thomas, with the Federal Bureau of Investigation and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

See Attachment A
a Black Motorola i205 Phone, featuring the Direct Connect/Two-Way Radio function, Model #: H62XAH6RR1AN, FCCID #: AZ489FT5822, SN# 364YEG3HRL ("Subject Phone B")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

SEE ATTACHMENT AFFIDAVIT FOR A MORE COMPLETE DESCRIPTION.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence of the commission of a criminal offense and designed or intended for use and which
is or has been used as the means of committing a criminal offense.

concerning a violation of Title 18  United States Code, Section(s) 2421, 2423(a), 1591. The facts to support a finding
of Probable Cause are as follows:     D.C.C. § 22-3008

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

William M. Blier, Chief
Transnational/Major Crimes
(202) 514-6950

x /s/ Bridget C. Thomas
Signature of Affiant
Bridget C. Thomas, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

SEP 27 2005

Date   JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

/s/ John M. Facciola
Signature of Judicial Officer