AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

a Black Motorola i205 Phone,
featuring the Direct Connect/Two-Way Radio
function, Model #: H62XAH6RR1AN,
FCCID #: AZ489FT5822, SN# 364YEG3HRL ("Subject Phone B")

**SEARCH WARRANT**

CASE NUMBER: 05 - 0 5 1 1 M - 0 1.

TO:  Bridget C. Thomas   and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Bridget C. Thomas_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

a Black Motorola i205 Phone,
featuring the Direct Connect/Two-Way Radio
function, Model #: H62XAH6RR1AN,
FCCID #: AZ489FT5822, SN# 364YEG3HRL ("Subject Phone B")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A
[See Attachment affidavit for a more complete description]

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _October 5, 2005_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 27 2005

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

_/s/ John M. Facciola_
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/27/2005 | 10/6/05 @ 12:55 pm | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

The call management features were accessed as follows: call log, recent calls and the electronic phone book. The electronic phone book had names, phone numbers and direct connect numbers of 100 persons. Telephone numbers are stored in the phone for future use. Telephone numbers were extracted from the phone, but nothing physically was taken from the phone and the phone remains in place.

**FILED**
OCT 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*/s/ Bridget Thomas*

Subscribed, sworn to, and returned before me this date

*/s/ [Judge signature]*   10/12/05
U.S. Judge or U.S. Magistrate Judge      Date